1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Raffi L. Kassabian
(SBN 260358)
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
rkassabian@reedsmith.com
+1 213.457.8000 Phone
+1 213.457.8080 Fax

Attorneys for Defendant
Synchrony Bank f/k/a General Electric Capital
Retail Bank

**IT IS SO ORDERED**

*Judge Edward J. Davila*

DATED: 9/30/2015

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN SOVATH,

          Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.;
EQUIFAX, INC.; TRANSUNION, LLC; MARRIOT
OWNERSHIP RESORTS, INC.; V.W. CREDIT,
INC.; CAPITAL ONE FINANCIAL
CORPORATION; NORDSTROM FSB; GENERAL
ELECTRIC CAPITAL RETAIL BANK; TOYOTA
FINANCIAL SERVICES;  and
DOES 1 through 100 inclusive,

          Defendants.

No.: 5:15-cv-03849-EJD

**STIPULATION TO EXTEND TIME
TO RESPOND TO PLAINTIFF'S
COMPLAINT**

Compl. Filed: August 24, 2015

Current Response Date: October 1, 2015

New Response Date: October 30, 2015

Honorable Edward J. Davila

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT
OF CALIFORNIA:**

     WHEREAS, Defendant  Synchrony Bank f/k/a General Electric Capital Retail Bank

("Synchrony") requests an extension of time within which to answer or otherwise respond to the

Complaint;

     WHEREAS, pursuant to Federal Rule of Civil Procedure 12, Synchrony must answer or

otherwise respond to the Complaint by October 1, 2015;

     WHEREAS, Plaintiff Karen Sovath does not object to Synchrony's request for an extension

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

STIPULATION TO RESPOND TO COMPLAINT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  of time within which to answer or otherwise respond to the Complaint;

2  WHEREAS, pursuant to Local Rule 6-1(a), parties may stipulate in writing, without court

3  order, to extend the time within which to answer or otherwise respond to the Complaint, provided

4  the change will not alter the date of any event or any deadline already fixed by Court order,

5  WHEREAS, the parties have agreed to extend the deadline for Synchrony to answer or

6  otherwise respond to the Complaint up to and including October 30, 2015;

7  WHEREAS, this extension will not alter the date of any event or any deadline already fixed

8  by Court order;

9  THEREFORE, the parties stipulate and agree that Synchrony's response to the Complaint

10  shall be due no later than **October 30, 2015**.

11  SO STIPULATED.

12

13  DATED:  September 30, 2015                          REED SMITH LLP

    By____/s/_Raffi L. Kassabian_____
14
         Raffi L. Kassabian
15       Attorneys for Defendant
         Synchrony Bank f/k/a General Electric Capital
16       Retail Bank

17  DATED:  September 30, 2015

18                                                  SAGARIA LAW, P.C.

    By____/s/ Elliot Gale_____
19       Elliot Gale
         Attorneys for Plaintiff Karen Sovath
20

21

22

23

24

25

26

27

28

STIPULATION TO RESPOND TO COMPLAINT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

2                                 CERTIFICATE OF SERVICE

3        I hereby certify that on September 29, 2015, I caused the foregoing to be electronically filed

4   with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

5   the e-mail addresses denoted on the Electronic Mail Notice List.

6        I certify under penalty of perjury under the laws of the United States of America that the

7   foregoing is true and correct. Executed on September 29, 2015.

8   DATED: September 29, 2015

9

10                                                      Respectfully Submitted,

11                                          By____/s/  Raffi L. Kassabian_____

12                                             Raffi L. Kassabian
                                               (SBN 260358)
13                                             Reed Smith LLP
                                               355 South Grand Avenue
14                                             Suite 2900
                                               Los Angeles, CA 90071
15                                             rkassabian@reedsmith.com
                                               +1 213.457.8000 Phone
16                                             +1 213.457.8080 Fax

17                                             Attorneys for Defendant
                                               Synchrony Bank f/k/a General Electric Capital
18                                             Retail Bank

19

20

21

22

23

24

25

26

27

28

STIPULATION TO RESPOND TO COMPLAINT