1  Scott E. Brady, Esq.  (IN #30534-49)
     (admitted *Pro Hac Vice*)
2  Schuckit & Associates, P.C.
   4545 Northwestern Drive
3  Zionsville, IN  46077
   Telephone:  317-363-2400
4  Fax:  317-363-2257
   E-Mail:  sbrady@schuckitlaw.com
5
   *Lead Counsel for Defendant Trans Union, LLC*
6

7  Lauren E. Tate, Esq. (CSB #124483)
   Tate & Associates
8  1321 8th Street, Suite 4
   Berkeley, CA  94710
9  Telephone:  510-525-5100
   Fax:  510-525-5130
10 E-Mail:  ltate@tateandassociates-law.com

11 *Local Counsel for Defendant Trans Union, LLC*

12

13

14

15              **UNITED STATES DISTRICT COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA**

17                    **SAN JOSE DIVISION**

18 KAREN SOVATH,                        ) CASE NO.  5:15-cv-03849-EJD
              Plaintiff,                )
19                                      ) **STIPULATION AND**
        vs.                             ) **[PROPOSED] ORDER OF**
20                                      ) **DISMISSAL WITH PREJUDICE**
   EXPERIAN INFORMATION SOLUTIONS, INC.;) **BETWEEN PLAINTIFF AND**
21 EQUIFAX, INC.; TRANSUNION, LLC;      ) **DEFENDANT TRANS UNION,**
   MARRIOTT OWNERSHIP RESORTS, INC.;    ) **LLC**
22 V.W. CREDIT, INC.; CAPITAL ONE       )
   FINANCIAL CORPORATION; NORDSTROM     )
23 FSB; GENERAL ELECTRIC CAPITAL RETAIL )
   BANK; TOYOTA FINANCIAL SERVICES; and )
24 DOES 1 through 100, inclusive;       )
              Defendants.               )

25

26       Plaintiff Karen Sovath, by counsel, and Defendant Trans Union, LLC ("Trans Union"),

27 by counsel, hereby stipulate and agree that all matters herein between them have been

28

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC – CASE NO. 5:15-CV-03849-EJD**

1   compromised, and that Plaintiff's cause against Trans Union only should be dismissed, with

2   prejudice, with each party to bear its own costs and attorneys' fees.

3                                          Respectfully submitted,

4

5   Date:__ October 1, 2015 _____        *s/ Elliot Wayne Gale (with consent)*

6                                          Elliot Wayne Gale, Esq.
                                           Joseph Brian Angelo, Esq.

7                                          Scott Matthew Johnson, Esq.
                                           Scott Joseph Sagaria, Esq.

8                                          Sagaria Law, P.C.
                                           2033 Gateway Place, 5th Floor

9                                          San Jose, CA  95110
                                           Telephone:  (408) 279-2288

10                                         Fax:  (408) 279-2299

11                                         E-Mail:  egale@sagarialaw.com
                                                    sjohnson@sagarialaw.com

12                                                  sjsagaria@sagarialaw.com

13
                                           *Counsel for Plaintiff, Karen Sovath*

14

15

16  Date:__ October 2, 2015 _____        *s/ Scott E. Brady*
                                           Scott E. Brady, Esq.  (IN #30534-49)

17                                            (admitted *Pro Hac Vice*)
                                           Schuckit & Associates, P.C.

18                                         4545 Northwestern Drive
                                           Zionsville, IN  46077

19                                         Telephone:  317-363-2400
                                           Fax:  317-363-2257

20                                         E-Mail:  sbrady@schuckitlaw.com

21                                         *Lead Counsel for Defendant Trans Union, LLC*

22                                         *Pursuant to Local Rule 5-1(i)(3), I attest that*

23                                         *concurrence in the filing of this document has been*
                                           *obtained from each of the Signatories.*

24

25

26

27

28

**STIPULATION  AND  [PROPOSED]  ORDER  OF  DISMISSAL  WITH  PREJUDICE  BETWEEN
PLAINTIFF AND DEFENDANT TRANS UNION, LLC – CASE NO. 5:15-CV-03849-EJD**

1    PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is
2  dismissed with prejudice.  Plaintiff Karen Sovath and Defendant Trans Union, LLC shall each
3  bear their own costs and attorneys' fees.

4

5

6  Date:  _____        _____
7                                        JUDGE, United States District Court, Northern
                                         District of California
8
   DISTRIBUTION TO:
9

| Elliot Wayne Gale, Esq. | Scott Matthew Johnson, Esq. |
|---|---|
| egale@sagarialaw.com | sjohnson@sagarialaw.com |
| Scott Joseph Sagaria, Esq. | Alyssa M. Staudinger, Esq. |
| sjsagaria@sagarialaw.com | astaudinger@jonesday.com |
| Ramon Ramirez, Esq. | Thomas P. Quinn, Esq. |
| ramonramirez@jonesday.com | tquinn@nokesqjuinn.com |
| Sonia Salinas, Esq. | Raffi Kassabian, Esq. |
| ssalinas@foley.com | rkassabian@reedsmith.com |
| Scott E. Brady, Esq. | |
| sbrady@schuckitlaw.com | |