1  SONIA SALINAS, CA Bar No. 250197
       ssalinas@foley.com
2  **FOLEY & LARDNER LLP**
   555 SOUTH FLOWER STREET, SUITE 3500
3  LOS ANGELES, CA 90071-2411
   TELEPHONE:  213.972.4500
4  FACSIMILE:   213.486.0065

5  Attorneys for Defendant  MARRIOTT
   OWNERSHIP RESORTS, INC.

*IT IS SO ORDERED*
*Judge Edward J. Davila*
DATED: 10/6/2015

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN SOVATH,<br><br>                              Plaintiff,<br><br>         vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION, LLC; MARRIOTT OWNERSHIP RESORTS, INC.; V.W. CREDIT, INC.; CAPITAL ONE FINANCIAL CORPORATION; NORDSTROM FSB; GENERAL ELECTRIC CAPITAL RETAIL BANK; TOYOTA FINANCIAL SERVICES AND DOES 1 through 100, Inclusive,<br><br>                              Defendant. | Case No. 5:15-cv-03849-EJD<br><br>**STIPULATION TO EXTEND DEFENDANT MARRIOTT OWNERSHIP RESORTS, INC.'S TIME TO RESPOND TO COMPLAINT BY 15 DAYS**<br><br>**(L.R. 6-1)**<br><br>Complaint Filed:  August 24, 2015<br><br>Current Response Date:  October 5, 2015<br><br>New Response Date:  October 20, 2015<br><br>Hon. Edward J. Davila |

Stipulation to Extend Marriot Ownership Resorts Inc.'s Time to Respond to Complaint
Case No. 5:15-cv-03849-EJD
Error! Unknown document property name.

# STIPULATION

Plaintiff Karen Sovath ("Plaintiff") and Defendant Marriott Ownership Resorts, Inc. ("MORI"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, MORI's current deadline for responding to Plaintiff's Complaint is October 5, 2015;

WHEREAS, Plaintiff and MORI are presently engaged in settlement discussions that may obviate Plaintiff's need to proceed with its purported claims against MORI;

WHEREAS, MORI requested, and Plaintiff agreed to grant, a 15-day extension on MORI's deadline to respond to Plaintiff's Complaint;

WHEREAS, the contemplated extension of time to October 20, 2015, will not alter the date of any event or any deadline already fixed by Court order, in accordance with Local Rule 6-1(a).

NOW, THEREFORE, Plaintiff and MORI hereby stipulate that MORI's deadline to respond to Plaintiff's Complaint shall be extended to and including October 20, 2015.

DATED: October 2, 2015

**FOLEY & LARDNER LLP**
Sonia Salinas

/s/ *Sonia Salinas*
Sonia Salinas
Attorneys for Defendant MARRIOTT OWNERSHIP RESORTS, INC.

DATED: October 2, 2015

**FOLEY & LARDNER LLP**
Scott Sagaria, Esq.
Elliot Gale, Esq.

/s/ *Scott Sagaria*
Scott Sagaria, Esq.
Attorneys for Plaintiff KAREN SOVATH

**DECLARATION OF CONSENT**

The undersigned filer attests, pursuant to Civil Local Rule 5-1(i)(3), that the concurrence in the filing of the document has been obtained from the other signatories to this document.

Dated:  October 2, 2015             By:   /s/ *Sonia Salinas*

Stipulation to Extend Marriot Ownership Resorts Inc.'s Time to Respond to Complaint
-2-    Case No. 5:15-cv-03849-EJD
Error! Unknown document property name.