1  SONIA SALINAS, CA Bar No. 250197
      ssalinas@foley.com
2  **FOLEY & LARDNER LLP**
   555 SOUTH FLOWER STREET, SUITE 3500
3  LOS ANGELES, CA 90071-2411
   TELEPHONE: 213.972.4500
4  FACSIMILE:  213.486.0065

5  Attorneys for Defendant  MARRIOTT
   OWNERSHIP RESORTS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN SOVATH,<br><br>                Plaintiff,<br><br>       vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION, LLC; MARRIOTT OWNERSHIP RESORTS, INC,; V.W. CREDIT, INC.; CAPITAL ONE FINANCIAL CORPORATION; NORDSTROM FSB; GENERAL ELECTRIC CAPITAL RETAIL BANK; TOYOTA FINANCIAL SERVICES AND DOES 1 through 100, Inclusive,<br><br>                Defendant. | Case No. 5:15-cv-03849-EJD<br><br>**NOTICE OF SETTLEMENT**<br><br><br><br><br><br>Complaint Filed:  August 24, 2015<br><br>Hon. Edward J. Davila |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff Karen Sovath ("Plaintiff") and defendant Marriott Ownership Resorts, Inc. ("MORI") have settled all claims in the above-captioned matter. The Settling Parties are in the process of finalizing the settlement and anticipate that Plaintiff will dismiss MORI from this action, with prejudice, within 30 days.

DATED:  October 20, 2015

**FOLEY & LARDNER LLP**
Sonia Salinas


/s/ *Sonia Salinas*
Sonia Salinas
Attorneys for Defendant MARRIOTT OWNERSHIP RESORTS, INC.

DATED:  October 20, 2015

**FOLEY & LARDNER LLP**
Scott Sagaria, Esq.
Elliot Gale, Esq.


/s/ *Scott Sagaria*
Scott Sagaria, Esq.
Attorneys for Plaintiff KAREN SOVATH

**DECLARATION OF CONSENT**

The undersigned filer attests, pursuant to Civil Local Rule 5-1(i)(3), that the concurrence in the filing of the document has been obtained from the other signatories to this document.

Dated:  October 20, 2015          By:  __/s/ *Sonia Salinas*__