Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

GRANTED

*Judge Edward J. Davila*

10/23/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| KAREN SOVATH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>　　　　Defendants. | Federal Case No.: 5:15-CV-03849-EJD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TRANSUNION LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Karen Sovath, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant TransUnion LLC, as to all claims in this action.

　　　Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

　　　41(a) Voluntary Dismissal

　　　(1) By the Plaintiff

　　　　　(a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any
　　　　　　　applicable federal statute, the plaintiff may dismiss an action without a court
　　　　　　　order by filing:

　　　　　　　　(1) a notice of dismissal before the opposing party serves either an answer

1

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TRANSUNION LLC

or a motion for summary judgment.

Defendant TransUnion LLC, has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: October 22, 2015                                         Sagaria Law, P.C.

By:   */s/ Elliot W. Gale*
            Elliot W. Gale
Attorneys for Plaintiff
Karen Sovath