1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6



IT IS SO ORDERED
Judge Edward J. Davila
DATED: 12/18/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| KAREN SOVATH,<br><br>             Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>             Defendants. | Federal Case No.: 5:15-CV-03849-EJD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT V.W. CREDIT INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Karen Sovath, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant V.W. Credit, Inc., as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

(a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(1) a notice of dismissal before the opposing party serves either an answer

1
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT V.W. CREDIT, INC.

1 | or a motion for summary judgment.

2 | Defendant V.W. Credit, Inc., has neither answered Plaintiff's Complaint, nor filed a
3 | motion for summary judgment. Accordingly, the matter may be dismissed against it for all
4 | purposes and without an Order of the Court.

6 | Dated: September 28, 2015              Sagaria Law, P.C.

By:   */s/ Elliot W. Gale*
            Elliot W. Gale
Attorneys for Plaintiff
Karen Sovath