Alyssa M. Staudinger (State Bar No. 300845)
astaudinger@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA 92612.4408
Telephone:     +1.949.851.3939
Facsimile:     +1.949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREN SOVATH,<br><br>                    Plaintiff,<br><br>          v.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br>INC. et al,<br><br>                    Defendants. | Case No. 5:15-cv-03849-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

IT IS HEREBY STIPULATED by and between Plaintiff Karen Sovath ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") that Plaintiff's claims against Experian in the above-captioned action be and hereby are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each side shall bear its own attorneys' fees and costs incurred herein.

Dated:  January 8, 2016                    SAGARIA LAW, P.C.


                                           By: _/s/ Elliot W. Gale_____
                                               Elliot W. Gale

                                           Attorneys for Plaintiff
                                           KAREN SOVATH

1   Dated: January 8, 2016                    Respectfully submitted,

2                                             JONES DAY

3

4                                             By:/s/ *Alyssa M. Staudinger*
                                                  Alyssa M. Staudinger
5
                                              Attorneys for Defendant
6                                             EXPERIAN INFORMATION SOLUTIONS,
                                              INC.
7

8

9                               **[PROPOSED] ORDER**

10
          PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Experian
11
    Information Solutions, Inc. ("Experian") is dismissed with prejudice.  Each party shall bear his or
12
    its own costs and attorneys' fees.
13

14          **IT IS SO ORDERED.**

15

16   Dated:  _____         _____
                                              UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL WITH
PREJUDICE AGAINST EXPERIAN
Case No. 5:15-cv-03849-EJD

1

## CERTIFICATE OF SERVICE

2

I, Alyssa M. Staudinger, declare:

3

I am a citizen of the United States and employed in Orange County, California.  I am over

4

the age of eighteen years and not a party to the within-entitled action.  My business address is

5

3161 Michelson Drive, Suite 800, Irvine, California  92612.4408.  On January 8, 2016, I served a

6

copy of **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH**

7

**PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** by

8

electronic transmission.

9

I am familiar with the United States District Court for the Northern District of California's

10

practice for collecting and processing electronic filings.  Under that practice, documents are

11

electronically filed with the court.  The court's CM/ECF system will generate a Notice of

12

Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the

13

case.  The NEF will constitute service of the document.  Registration as a CM/ECF user

14

constitutes consent to electronic service through the court's transmission facilities.  Under said

15

practice, the following CM/ECF users were served:

16

17

Scott J. Sagaria
Joseph B. Angelo
Elliot W. Gale
Scott Matthew Johnson
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA 95110
Tel: 408.279.2288; Fax: 408.279.2299

Thomas P. Quinn
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel:  949.376.3500; Fax: 949.376.3070

*Attorneys for Defendant*
*EQUIFAX, INC.*

18

19

20

21

*Attorneys for Plaintiff*
*KAREN SOVATH*

22

23

Sonia Salinas
Abraham Joel Richlin
FOLEY AND LARDNER LLP
555 S. Flower Street, Suite 3500
Los Angeles, CA 90071
Tel: 213.972.4742; Fax: 213.486.0065

24

25

26

*Attorneys for Defendant*
*MARRIOTT OWNERSHIP*
*RESORTS, INC.*

27

28

- 3 -

STIPULATION FOR DISMISSAL WITH
PREJUDICE AGAINST EXPERIAN
Case No. 5:15-cv-03849-EJD

1   Raffi Kassabian                          Judith Therese Sethna
    REED SMITH LLP                           REED SMITH LLP
2   355 South Grand Avenue, Suite 2900       355 South Grand Avenue, Suite 2900
    Los Angeles, CA 90071                    Los Angeles, CA 90071
3   Tel: 213-457-8068; Fax: 213.457.8080     Tel: 213-457-8068; Fax: 213.457.8080

4   *Attorneys for Defendant*                *Attorneys for Defendant*
    *GENERAL ELECTRIC CAPITAL*               *THROUGH THE COUNTRY DOOR,*
5   *RETAIL BANK*                            *INC.*

6
    Chelsea Lynn Diaz
7   DOLL AMIR AND ELEY LLP
    1888 Century Park East, Suite 1850
8   Los Angeles, CA 90067
    Tel:  310.557.9100: Fax: 310.557.9101
9
    *Attorneys for Defendant*
10  *CAPITAL ONE FINANCIAL*
    *CORPORATION*
11
         Executed on January 8, 2016,  at Irvine, California.
12
                                    */s/ Alyssa M. Staudinger*
13                                  Alyssa M. Staudinger

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL WITH
PREJUDICE AGAINST EXPERIAN
Case No. 5:15-cv-03849-EJD