THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN APC
410 BROADWAY, STE 200
LAGUNA BEACH, CA 92651
Tel: (949)376-3500
Fax: (949)376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN SOVATH,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No.: 5:15-cv-03849-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY** |

Plaintiff Karen Sovath, by counsel, and Defendant Equifax Inc., by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled and that Plaintiff's cause against Equifax Inc. only should

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

- 1 –
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY

be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

Respectfully submitted,

Date: January 14, 2016          /s/ *Elliott W. Gale (w/consent)*
                                Scott J. Sagaria, Esq. (217981)
                                Elliott W. Gale, Esq.  (263326)
                                Joseph B. Angelo, Esq.  (268542)
                                Sagaria Law, P.C.
                                2033 Gateway Place, 5th Floor
                                San Jose, CA  95110
                                Telephone:  (408) 279-2288
                                Fax:  (408) 279-2299

                                *Counsel for Plaintiff Karen Sovath*

Date: January 14, 2016.         /s/ *Thomas P. Quinn, Jr.*
                                Thomas P. Quinn, Jr. (132268)
                                Nokes & Quinn
                                410 Broadway, Suite 200
                                Laguna Beach, CA 92651
                                Tel: (949) 376-3500
                                Fax:  (949) 376-3070
                                Email:  tquinn@nokesquinn.com

                                *Counsel for Defendant Equifax Inc.*

                                *Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 2 –
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY

PURSUANT TO STIPULATION, IT IS SO ORDERED that Equifax Inc. is dismissed with prejudice.  Plaintiff Karen Sovath and Defendant Equifax Inc. shall each bear their own costs and attorneys' fees.

Date: _____                    _____
                                            Honorable Edward J. Davila
                                            United States District Judge

DISTRIBUTION TO ALL COUNSEL OF RECORD BY CM/ECF

# CERTIFICATE OF SERVICE
**Sovath v. Experian Information Solutions, Inc, et al.**
**Case No.: 5:15-cv-03849-EJD**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On **January 14, 2016**, I served a true copy of:
**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY**

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                              /s/ Jennifer J. Maston
                              JENNIFER J. MASTON

Place of Mailing: Laguna Beach, California.

Executed on **January 14, 2016,** at Laguna Beach, California.

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

# SERVICE LIST

Scott J. Sagaria, Esq.  
Elliott W. Gale, Esq.  
Joseph B. Angelo, Esq.  
Scott M. Johnson, Esq.  
Sagaria Law, P.C.  
2033 Gateway Place, 5th Floor  
San Jose, CA  95110  
Tel: (408)279-2288  
Fax: (408)279-2299  
Email: sjsagaria@sagarialaw.com  
Email: egale@sagarialaw.com  
Email: jangelo@sagarialaw.com  
Email: sjohnson@sagarialaw.com  
***Attorneys for Plaintiff,***  
***Karen Sovath***

Ramon Ramirez, Esq.  
Alyssa M. Staudinger, Esq.  
Jones Day  
3161 Michelson Drive, Suite 800  
Irvine, CA  92612-4408  
Tel: (949)851-3939  
Fax: (949)553-7539  
Email: ramonramirez@jonesday.com  
Email: astaudinger@jonesday.com  
***Attorneys for Defendant,***  
***Experian Information Solutions, Inc.***

Scott E. Brady, Esq.  
Schuckit Associates PC  
4545 Northwestern Drive  
Zionsville, IN  46077  
Tel: (317)363-2400  
Fax: (317)363-2257  
Email: sbrady@schuckitlaw.com  
***Attorneys for Defendant,***  
***Trans Union, LLC***

Lauren E. Tate, Esq.  
Tate and Associates  
1321 Eighth Street, Suite 4  
Berkeley, CA  94710  
Tel: (510)525-5100  
Fax: (510)525-5130  
Email: ltate@tateandassociates-law.com  
***Attorneys for Defendant,***  
***Trans Union, LLC***

Sonia Salinas, Esq.  
Foley& Lardner LLP  
555 South Flower Street, Suite 3500  
Los Angeles, CA  90071-2411  
Tel: (213)972-4500  
Fax: (213)486-0065  
Email: ssalinas@foley.com  
***Attorneys for Defendant,***  
***Marriott Ownership Resorts, Inc.***

/ / /

/ / /

/ / /

/ / /

/ / /

NOKES & QUINN  
450 Ocean Avenue  
Laguna Beach, CA 92651  
(949) 376-3055

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY

1 | Raffi L. Kassabian, Esq.
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071
Tel: (213)457-8000
Fax: (213)457-8080
Email: rkassabian@reedsmith.com
***Attorneys for Defendant,
Synchrony Bank f/k/a
General Electric Capital Retail Bank***

Hunter R. Eley, Esq.
Chelsea Diaz, Esq.
Doll Amir & Eley LLP
1888 Century Park East, Suite 1850
Los Angeles, CA  90067
Tel: (310)557-9100
Fax: (310)557-9101
Email: heley@dollamir.com
Email: cdiaz@dollamir.com
***Attorneys for Defendant,
Capital One Bank (USA), N.A.***

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 6 –
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY