Scott Sagaria (State Bar No. 217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN SOVATH,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION, LLC; MARRIOTT OWNERSHIP RESORTS, INC.; V.W. CREDIT, INC.; CAPITAL ONE FINANCIAL CORPORATION; NORDSTROM FSB; GENERAL ELECTRIC CAPITAL RETAIL BANK; TOYOTA FINANCIAL SERVICES AND DOES 1 through 100, Inclusive,<br><br>　　　　　　Defendant. | Case No. 5:15-cv-03849-EJD<br><br>**[PROPOSED]** ORDER ON PLAINTIFF'S REQUEST FOR DISMISSAL OF DEFENDANT MARRIOTT OWNERSHIP RESORTS, INC., PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)<br><br>Complaint Filed:  August 24, 2015<br><br>Hon. Edward J. Davila |

The Court, having duly considered Plaintiff Karen Sovath's Request for Dismissal of Defendant Marriott Ownership Resorts, Inc., Pursuant to Federal Rule of Civil Procedure 41(a)(2), orders as follows:

1. Defendant Marriott Ownership Resorts, Inc. ("MORI") is dismissed from this action with prejudice.

2. This Court shall retain jurisdiction over Plaintiff and MORI for the purposes of enforcing the settlement agreement separately entered into by Plaintiff and MORI.

3. Plaintiff and MORI shall each bear their own costs and attorneys' fees.

**SO ORDERED.**

DATED: _____1/20/2016_____                    _____
                                                 Hon. Edward J. Davila
                                                 District Court Judge