Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

IT IS SO ORDERED
Judge Edward J. Davila
DATED: 1/22/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

KAREN SOVATH,

    Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,

    Defendants.

Federal Case No.: 5:15-CV-03849-EJD

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GE CAPITAL RETAIL BANK/SYNCHRONY BANK PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)**

**PLEASE TAKE NOTICE** that Plaintiff Karen Sovath, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant G.E. Capital Retail Bank, as to all claims in this action.

    Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

    41(a) Voluntary Dismissal

    (1) By the Plaintiff

        (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

            (1) a notice of dismissal before the opposing party serves either an answer

1 | or a motion for summary judgment.

2 | Defendant GE Capital Retail Bank, has neither answered Plaintiff's Complaint, nor filed a
3 | motion for summary judgment. Accordingly, the matter may be dismissed against it, with
4 | prejudice, for all purposes and without an Order of the Court.

5 | This order also terminates Docket Item No. 42 and vacates all related deadlines and hearings.

6 | Dated: January 20, 2016                                     Sagaria Law, P.C.

By:     */s/ Elliot W. Gale*
             Elliot W. Gale
Attorneys for Plaintiff
Karen Sovath