SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Pl., 5th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **KAREN SOVATH**<br><br>            Plaintiff,<br><br>   v.<br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.**,**<br><br><br>            Defendants. | Case No.: 5:15-cv-03849-EJD<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   **PLEASE TAKE NOTICE THAT** plaintiff and defendant Capital One, National Association, by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.


Dated:   March 22, 2016            **Sagaria Law, P.C.**
                                   /s/ *Elliot Gale*
                                   Elliot Gale
                                   Attorneys for Plaintiff

NOTICE OF SETTLEMENT - 1