Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

**IT IS SO ORDERED**
Judge Edward J. Davila
DATED: 4/15/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| KAREN SOVATH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>　　　　Defendants. | Federal Case No.: 5:15-CV-03849-EJD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORDSTROM FSB PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Karen Sovath, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Nordstrom FSB as to all claims in this action.

　　Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

　　41(a) Voluntary Dismissal

　　(1) By the Plaintiff

　　　　(a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any

　　　　applicable federal statute, the plaintiff may dismiss an action without a court

　　　　order by filing:

　　　　　　(1) a notice of dismissal before the opposing party serves either an answer

1                              or a motion for summary judgment.

2         Defendant Nordstrom FSB has neither answered Plaintiff's Complaint, nor filed a motion
3 for summary judgment.  Accordingly, the matter may be dismissed against it, with prejudice, for
4 all purposes and without an Order of the Court.

5

6 Dated: April 13, 2016                 Sagaria Law, P.C.

7

8                                By:      */s/ Elliot W. Gale*
                                                Elliot W. Gale
9                                 Attorneys for Plaintiff
                                Karen Sovath

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28