Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

IT IS SO ORDERED

Judge Edward J. Davila

DATED: 4/20/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| KAREN SOVATH,<br><br>   Plaintiff,<br><br> vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>   Defendants. | Federal Case No.: 5:15-CV-03849-EJD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TOYOTA MOTOR CREDIT CORPORATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Karen Sovath, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Toyota Motor Credit Corporation as to all claims in this action.

  Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

  41(a) Voluntary Dismissal

  (1) By the Plaintiff

    (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any

      applicable federal statute, the plaintiff may dismiss an action without a court

      order by filing:

1    (1) a notice of dismissal before the opposing party serves either an answer
2    or a motion for summary judgment.
3    Defendant Toyota Motor Credit Corporation has neither answered Plaintiff's Complaint,
4 nor filed a motion for summary judgment.  Accordingly, the matter may be dismissed against it,
5 without prejudice, for all purposes and without an Order of the Court.

6

7 Dated: April 18, 2016                           Sagaria Law, P.C.

8
                                                 By:    */s/ Elliot W. Gale*
9                                                          Elliot W. Gale
                                                 Attorneys for Plaintiff
10                                               Karen Sovath